1  Tanya E. Moore, SBN 206683
   MISSION LAW FIRM, A.P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  service@mission.legal

5  Attorneys for Plaintiff
   Francisca M. Moralez

<br>

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA M. MORALEZ,<br><br>      Plaintiff,<br><br>  vs.<br><br>PEET'S OPERATING COMPANY, INC., et al,<br><br>      Defendants. | Case No. 3:18-cv-00853-SI<br><br>**PROOF OF SERVICE OF SUMMONS AS TO DEFENDANT PEET'S OPERATING COMPANY, INC.** |

*Moralez v. Peet's Operating Company, Inc, et al.*
Proof of Service

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Tanya E. Moore, 206683<br>Mission Law Firm<br>332 North Second Street<br>San Jose, CA 95112<br>ATTORNEY FOR (Name): Plaintiff | (408) 298-2000 Ext 23<br><br>Ref. No. or File No.<br>06476 | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:
Francisca M. Moralez

DEFENDANT:
Peet's Operating Company, Inc., et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>3:18-cv-00853-SI |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of: Summons, Complaint, Civil Cover Sheet, Case Assigned to Judge Susan Illston, Scheduling Order, Notice of Eligibility for Video Recording, ECF Registration Information, Notice of Availability of Magistrate Judge to Exercise Jurisdiction, Standing Order for All Judges: Contents of Joint Case Management Statement, Standing Order re Case Management Conference, Notice of Stay of Proceedings and Early Evaluation Conference, Notice of Mandatory Evaluation Conference, Defendant's Application for Stay of Proceedings, Important Advisory Information, Advisory Notice to Defendant

2. Party Served: Peet's Operating Company, Inc. dba Peet's Coffee & Tea

3. Person Served: Tricia Rosano -Registered Agent Solutions, Inc. - Person Authorized to Accept Service of Process

4. Date & Time of Delivery:   03/01/2018   2:52PM

5. Address, City and State:   1220 S Street, 150
                              Sacramento, CA 95811

6. Manner of Service:   Personal Service - By personally delivering copies.

Fee for Service: $ 75

Registered California process server.
County: Sacramento
Registration No.: 2012-37
Expiration:   Brandon Lee Ortiz
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 03/05/2018 at Los Angeles, California.

Signature: _____

Brandon Lee Ortiz

OL# 11776307