Monte S. Travis, California State Bar No. 84032
Robert P. Travis, California State Bar No. 182667
Travis & Travis
1388 Sutter Street, Suite 903
San Francisco, California 94109
Tel: 415-923-1200
Fax: 415-673-6263
montetravis@mac.com
robert.p.travis@icloud.com

Attorneys for Defendant Dwulet & Dwulet, Ltd.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCISCA M. MORALEZ,<br><br>Plaintiff,<br><br>vs.<br><br>PEET'S OPERATING COMPANY, INC. dba PEET'S COFFEE & TEA; DWULET & DWULET, LTD., a General Partnership;<br><br>Defendants. | Case No. 3:18-cv-00853-SI<br><br>**SECOND STIPULATION TO EXTEND DEADLINES TO RESPOND TO COMPLAINT** |

Pursuant to Civil L.R. 6-1(a), Plaintiff Francisca M. Moralez ("Plaintiff"), Defendant Peet's Coffee, Inc. ("Peet's"), and Defendant Dwulet & Dwulet, Ltd. ("Dwulet"), through their respective attorneys, submit this stipulation.

1. On February 8, 2018, Plaintiff filed her complaint in this case. (Dkt. No. 1.)

2. On March 1, 2018, Plaintiff served the complaint on Defendant Peet's Coffee, Inc. fka Peet's Operating Company, Inc. dba Peet's Coffee & Tea ("Peet's"); and, on March 25, 2018, Plaintiff served the complaint on Dwulet.

3. On April 6, 2018, to facilitate the parties' early settlement discussions, Plaintiff and Peet's filed a stipulation extending to May 2, 2018 the deadline for Peet's to respond to the complaint (Dkt. No. 8); and, on April 12, 2018, Plaintiff and Dwulet similarly executed a stipulation extending to May 7, 2018 the deadline for Dwulet to respond (Dkt. No. 9).

4. In order to continue, and ideally finalize, these discussions, the parties have also conferred and agreed to a second extension of the respective deadlines for Peet's and Dwulet to respond to the complaint.

5. The parties stipulate that Peet's and Dwulet may have through May 16, 2018 to respond to Plaintiff's complaint.

6. This extension will not alter the date of any event or any deadline already fixed by Court order, including the Scheduling Order (Dkt. No. 4) and General Order No. 56—for example, the parties have already set their joint site inspection for 1:00 p.m. on May 23, 2018.

**IT IS SO STIPULATED.**

Dated: May 3, 2018         MONTE S. TRAVIS
                           ROBERT P. TRAVIS
                           TRAVIS & TRAVIS

                           By ___/s/ Robert P. Travis___
                           Robert P. Travis
                           Attorneys for Defendant Dwulet & Dwulet, Ltd.

Dated: May 3, 2018         M. BRETT BURNS
                           HUNTON ANDREWS KURTH LLP

                           By ___/s/ M. Brett Burns___
                           M. Brett Burns
                           Attorneys for Defendant Peet's Coffee, Inc.

Dated: May 3, 2018         TANYA E. MOORE
                           MISSION LAW FIRM, A.P.C.

                           By ___/s/ Tanya E. Moore___
                           Tanya E. Moore
                           Attorneys for Plaintiff Francisca M. Moralez

Pursuant to Civil L.R. 5-1, the filer of this document attests under penalty of perjury that concurrence in this filing has been obtained from the other signatories.

Dated: May 3, 2018         MONTE S. TRAVIS
                           ROBERT P. TRAVIS
                           TRAVIS & TRAVIS

                           By ___/s/ Robert P. Travis___
                           Robert P. Travis
                           Attorneys for Defendant Dwulet & Dwulet, Ltd.