Tanya E. Moore, SBN 206683
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@mission.legal

Attorney for Plaintiff,
Francisca M. Moralez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA M. MORALEZ,<br><br>    Plaintiff,<br><br>  vs.<br><br>PEET'S OPERATING COMPANY, INC. dba PEET'S COFFEE & TEA; DWULET & DWULET, LTD., a General Partnership;<br><br>    Defendants. | No.   3:18-cv-00853-SI<br><br>**NOTICE OF SETTLEMENT OF ENTIRE ACTION** |

Notice is hereby given that Plaintiff Francisca M. Moralez ("Plaintiff") has settled the above-captioned matter with all Defendants. Plaintiff requests that she be given to and including July 3, 2018 to file the dispositional documents in order to afford the Parties time to complete the settlement.

Dated: May 25, 2018                                          MISSION LAW FIRM, A.P.C.

                                                                      */s/ Tanya E. Moore*
                                                                      Tanya E. Moore
                                                                        Attorney for Plaintiff,
                                                                        Francisca M. Moralez